**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8494 PA (MANx) | Date | February 6, 2012 |
|---|---|---|---|
| Title | Sanrio, Inc. v. Kimlang Jeweler Designs, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**    IN CHAMBERS – ORDER TO SHOW CAUSE

  Defendant Lana Ngu is proceeding pro se on behalf of herself and her business, defendant Kimlang Jeweler Designs.  According to the Complaint, Kimlang Jeweler Designs is an unknown business entity based in California.  Although corporations and unincorporated associations may not proceed pro se, "'[a] sole proprietorship may litigate pro se, because it has no legal identity separate from the proprietor himself.'"  United States v. Hodson Broad., 2011 U.S. Dist. LEXIS 124725, at *2 (D. Nev. Oct. 21, 2011) (quoting United States v. Hagerman, 545 F.3d 579, 581 (7th Cir. 2008)); see also  Oberstein v. SunPower Corp., 2008 U.S. Dist. LEXIS 16937, at *3 (E.D.N.Y. Mar. 5, 2008) (holding that sole proprietorship may proceed in a suit pro se since it has no legal existence apart from its owner).

  Based on the pleadings and submissions to date, the Court is unable to determine whether defendant Kimlang Jeweler Designs may proceed pro se.  Defendant Lana Ngu, who purports to represent her business pro se, is hereby ordered to provide the Court with information clarifying the status of her business and the propriety of pro se representation in this case.  Defendants' response to this order is due no later than February 15, 2012.

  IT IS SO ORDERED.